FILED

07 OCT 30 AM 10: 56

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2559

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate's Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 21 U.S.C.§ 841(a)(1) |
| ZAFRA-Gomez, Juan Rafael ) | Possession of a Controlled Substance with Intent to Distribute |
| Defendant ) | |

The undersigned complainant duly sworn states:

That on or about October 15, 2007, within the Southern District of California, defendant Juan Rafael ZAFRA-Gomez did knowingly and intentionally possess with intent to distribute approximately 13.2 pounds of Methamphetamine, a Schedule I Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Christopher Swartz, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, October 30, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
         v.
ZAFRA-Gomez, Juan Rafael

STATEMENT OF FACTS

    I, Special Agent Christopher Swartz, of the Drug Enforcement Administration, declare under penalty of perjury, the following is true and correct:

    On October 15, 2007, at approximately 5:30pm, United States Border Patrol Agent (USBPA) Joaquin Ayala was working lanes one and two of the San Clemente Border Patrol Checkpoint. Around the same time a 2001 Mazda MPV mini-van, CA license 5EAP803, occupied twice was stopped by USBPA Ayala. USBPA Ayala asked the driver his citizenship. The driver, later identified as Juan Rafael ZAFRA-Gomez, stated that he is a permanent resident of the United States. USBPA Ayala asked to see his permanent resident card and ZAFRA-Gomez produced a valid card. When USBPA Ayala questioned the passenger, later identified as Domingo SAPIEN-Soto, as to his citizenship, ZAFRA-Gomez spoke up on SAPIEN-Soto's behalf, stating that SAPIEN-Soto is also a resident. USBPA Ayala asked ZAFRA-Gomez to not speak for SAPIEN-Soto and then asked SAPIEN-Soto if he is a legal resident. USBPA Ayala referred the vehicle and the two occupants to secondary inspection.

    While in secondary inspection USBPAs Ortiz and Gonzalez questioned ZFARA-Gomez and SAPIEN-Soto as to their citizenship. ZAFRA-Gomez presented a valid permanent resident card to USBPA Gonzalez. SAPIEN-Soto stated that he is a citizen and national

of Mexico. USBPA Gonzalez asked ZAFRA-Gomez how he knew his passenger (SAPIEN-Soto) and ZAFRA-Gomez stated that he is his good friend of many years. USBPA Ortiz asked SAPIEN-Soto if he had any immigration documents that would allow him to be or remain in the United States legally. SAPIEN-Soto stated that he did not. SAPIEN-Soto further stated that he did not know the driver (ZAFRA-Gomez). SAPIEN-Soto stated that ZAFRA-Gomez picked him up at a gas station near San Ysidro, California earlier that day. SAPIEN-Soto was arrested and transported to the San Clemente Border Patrol station for processing. ZAFRA-Gomez was also arrested for possible alien smuggling.

While being questioned at the Border Patrol station ZAFRA-Gomez stated that he had earlier crossed the border into Mexico to visit his girlfriend. Record Checks conducted utilizing the Treasury Enforcement Communications System (TECS) showed the 2001 Mazda mini-van with California license 5EA0803, as crossing into the U.S. from Mexico through the San Ysidro Port of Entry at approximately 4:35pm, on October 15, 2007. ZAFRA-Gomez stated that he encountered SAPIEN-Soto, who needed a ride to Los Angeles, California, while he stopped at a gas station in San Ysidro, California. ZAFRA-Gomez's fingerprints were entered into the IDENT/IAFIS Biometric system and came back positive with an arrest at the San Ysidro Port of Entry on 03/02/2007 (ZAFRA-Gomez attempted to elude inspection and gain admission into the U.S.).

SAPIEN-Soto was determined as being in the United States illegally and was entered in the IDNET/IAFIS Biometric system and came back with a bench warrant for his arrest. The Santa Clara County Sheriff's department was notified by USBPA S. McVicker of the warrant and the Sheriff's department decided not to arrest SAPIEN-Soto for the warrant since it was a misdemeanor.

Border Patrol Agents released ZAFRA-Gomez because he did not meet prosecution guidelines. The vehicle was seized by the United States Border Patrol Asset Forfeiture Office. SAPIEN-Soto was given a voluntary return to Mexico.

On October 19, 2007, at approximately 3:45pm, USBPA James Harlan conducted an initial screening at the United States Border Patrol station located at 3752 Beyer Blvd San Ysidro, California, on the seized 2001 Mazda MPV mini-van California license 5EAP803, previously driven by ZAFRA-Gomez. At the Border Patrol station USBPAs De Jesus and Olsen were operating a non-intrusive X-ray machine. The X-ray machine showed an anomaly in the rear quarter panels of the vehicle. The quarter panels were removed and revealed seven (7) cellophane wrapped packages weighing approximately 13.2 lbs. USBPA Harlan opened one of the packages and revealed a crystallized clear substance. USBPA Harlan tested the substance with a Narkit test kit, as witnessed by USBPA Matthew Rainwater, which tested positive as methamphetamine. USBPA Harlan then contacted Drug Enforcement Agents at Operation Alliance.

1  On October 19, 2007, at approximately 5:30pm, Drug
2  Enforcement Administration Special Agents Christopher Swartz and
3  Leo Tanlu took custody of the seven bundles of methamphetamine.

_____
Christopher Swartz, Special Agent
Drug Enforcement Administration