F1D No. 1405708

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

FILED
07 NOV 13 AM 9:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

V.

## WARRANT FOR ARREST

**Juan Rafael ZAFRA-Gomez**

CASE NUMBER: **07 MJ 2559**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____**Juan Rafael ZAFRA-Gomez**_____
                                                                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment ___ Information __X__ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title __21__ United States Code, Section __841 (a)(1)__ .

RECEIVED
2007 OCT 30 AM 11:58
U.S. MARSHAL DISTRICT OF SOUTHERN CALIFORNIA

__Louisa Porter__                                                              __United States Magistrate Judge__
Name of Issuing Officer                                                        Title of issuing Officer

_[signature]_                                                                  October 30, 2007, San Diego, California
Signature of Issuing Officer                                                   Date and Location

(By) Deputy Clerk

Bail Fixed at $ __No Bond__           by            _[signature]_
                                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the abovenamed defendant at |
| DATE 11/9/07 |
| ARRESTED BY DEA - San Jose, CA |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| | STEVEN C. STAFFORD ACTING U.S. MARSHAL, SDCA | |
| DATE OF ARREST | BY _[signature]_ | |

CLASS I 'Z'          DEA          3579 (Poss of Meth w/ intent to dist)