FILED

08 JAN -2 PM 2:41

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0020 BTM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **I N D I C T M E N T** |
| v. | ) | |
| | ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| JUAN RAFAEL ZAFRA-GOMEZ, | ) | Possession of Methamphetamine with |
| | ) | Intent to Distribute |
| Defendant. | ) | |

The grand jury charges:

On or about October 15, 2007, within the Southern District of California, defendant JUAN RAFAEL ZAFRA-GOMEZ did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 3.11 kilograms (6.84 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 2, 2008.

A TRUE BILL:

/s/ Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/
W. MARK CONOVER
Assistant U.S. Attorney

WMC:fer:San Diego
12/28/07