1  LEE PLUMMER
   California State Bar Number 77783
2  Attorney at Law
   4045 Bonita Rd. #202
3  Bonita, Ca. 91902
   Telephone: (619) 267-1710
4

5  Attorney for Defendant
   Juan Rafael Zafra Gomez
6

7
                    **UNITED STATES DISTRICT COURT**
8
                   **SOUTHERN DISTRICT OF CALIFORNIA**
9
                   **(HONORABLE BARRY TED MOSKOWITZ)**
10

11 UNITED STATES OF AMERICA,      )   Case No. 08-CR-0020-BTM
                                  )
12      Plaintiff,                )   Date: February 1, 2008
                                  )   Time: 1:30 P.M.
13 v.                             )
                                  )   NOTICE OF MOTIONS AND
14 JUAN RAFAEL ZAFRA GOMEZ,       )   MOTIONS TO:
                                  )   1) COMPEL DISCOVERY;
15      Defendant.                )   AND
                                  )   2) LEAVE TO FILE FURTHER
16                                )   MOTIONS
                                  )
17                                )
   _____ )
18
   TO:  KAREN HEWITT, UNITED STATES ATTORNEY:
19
        **PLEASE TAKE NOTICE** that on Friday, February 1, 2008, at 1:30
20
   P.M., or as soon thereafter as counsel may be heard, the defendant,
21
   Juan Rafael Zafra Gomez, by and through counsel, LEE PLUMMER will ask
22
   this Court to issue an order granting the motions listed below.
23
   //
24
   //
25
   //                                    -1-
26

27

28

**MOTIONS**

The defendant, Juan Rafael Zafra Gomez, by and through counsel, LEE PLUMMER, asks this Court pursuant to the Fifth and Sixth Amendments, to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes and local rules for an order to:

1) Compel Discovery; and

2) Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: January 19, 2008

/s/ Lee Plummer
Attorney for Defendant