CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing documents;

NOTICE OF MOTION AND MOTION FOR DISCOVERY AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION

was served pm January 19, 2008 upon the below named parties:

Electronic Mail Notice list

The following are those who are currently on the list to receive email notices for this case

Arnold Dale Blankenship          Dale.Blankenship@usdoj.gov

Date December 22, 2008          /s/ Lee Plummer
                                Attorney for Defendant
                                 Juan Rafael Zafra Gomez