```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ A. DALE BLANKENSHIP
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 235960
   │ Federal Office Building
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ Telephone: (619) 557-6199/(619) 235-2757 (Fax)
   │ Email: Dale.Blankenship@usdoj.gov
 6 │
   │ Attorneys for Plaintiff
 7 │ United States of America
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0020-BTM |
| --- | --- | --- |
| Plaintiff, | ) | DATE:    February 1, 2008 |
| | ) | TIME:    1:30 p.m. |
| | ) | |
| JUAN RAFAEL ZAFRA-GOMEZ, | ) | GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR RECIPROCAL DISCOVERY |
| Defendant. | ) | |

### NOTICE OF MOTIONS

TO:   Lee Plummer, Esq., Counsel for defendant ALDO ROJO.

PLEASE TAKE NOTICE  that on Friday, February 1, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

//
//
//
//

MOTIONS

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery.

DATED:    January 27, 2008.

                                           Respectfully submitted,

                                           KAREN P. HEWITT
                                           United States Attorney

                                           s/ A. Dale Blankenship
                                           A. DALE BLANKENSHIP
                                           Assistant United States Attorney
                                           Attorneys for Plaintiff
                                           United States of America
                                           Email: Dale.Blankenship@usdoj.gov