```
                              FILED
                            MAR - 6 2008
                        CLERK, U.S. DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA
                       BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0020-BTM |
| Plaintiff, ) | I N F O R M A T I O N  (Superseding) |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Transportation of Illegal Aliens |
| JUAN RAFAEL ZAFRA-GOMEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about October 15, 2007, within the Southern District of California, defendant JUAN RAFAEL ZAFRA-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, DOMINGO SAPIEN-SOTO, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the

1 | United States in furtherance of such violation of law, in violation
2 | of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: 3/6/08

KAREN P. HEWITT
United States Attorney

A. DALE BLANKENSHIP
Assistant U.S. Attorney