AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

JUAN RAFAEL ZAFRA-GOMEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0020-BTM

I, JUAN RAFAEL ZAFRA-GOMEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1324 - Transportation of Illegal Aliens (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3-6-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER